**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armand Brun, | No. CV-24-03482-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Safety Holdings Incorporated, | |
| Defendant. | |

  Before the Court is Plaintiff Armand Brun's motion for leave to file late his Rule 26(a)(3)(A) disclosures, (Doc. 19). Defendant Safety Holdings Incorporated ("Safety Holdings") does not oppose the motion and has filed a Rule 26(a)(3)(A) disclosure statement of its own, (Doc. 18). Brun's motion will be denied, Safety Holdings's disclosure statement will be stricken, and the Court will take this opportunity to clarify its Case Management Order ("scheduling order").

  Pursuant to the scheduling order, Rule 26(a)(3)(A) disclosures shall be *completed* by the fact discovery deadline, (Doc. 17 at 2), but such disclosures shall be *filed* "in the Joint Proposed Pretrial Order," (*Id.* at 4). There is thus no requirement that the parties file Rule 26(a)(3) pretrial disclosures before the close of discovery because those disclosures are satisfied by filing the Joint Proposed Pretrial Order. (Doc. 17 at 4.) As a practical matter, the parties' obligations under Rule 26(e)(1)—to supplement 26(a) disclosures and responses to discovery requests—ensure that all exhibits and witnesses that may be offered at trial are disclosed before the close of discovery. *See* Fed. R. Civ. P. 26(e)(1). Indeed,

the scheduling order clarifies that if a party violates Rule 26(e)(1), or "attempt[s] to include any witnesses or exhibits in the Joint Proposed Pretrial Order that were not previously disclosed prior to the discovery deadline," such evidence may be excluded at trial or other sanctions imposed.  (Doc. 17 at 4.)

In short, neither party was required to file a Rule 26(a)(3) pretrial disclosure before the close of discovery.  Brun's motion for leave to file such disclosures late is therefore premature, as is Safety Holdings' disclosure statement.

Accordingly,

**IT IS ORDERED** denying Brun's Consent Motion for Leave to File Plaintiff's Rule 26(a)(3) Pretrial Disclosures After Deadline (Doc. 19) as premature.

**IT IS FURTHER ORDERED** striking Safety Holdings' Statement of 26(a)(3) Disclosures (Doc. 18).

Dated this 24th day of November, 2025.

_____
Honorable Sharad H. Desai
United States District Judge